IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LELAND COOK ) | Civil No. C08-5045JKA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR |
| ) | EXTENSION OF TIME |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including May 29, 2008, to file Plaintiff's Opening Brief. It is further ORDERED that Defendant shall have to and including June 26, 2008, to file Defendant's Responsive Brief. It is further ORDERED that Plaintiff shall have to and including July 10, 2008, to file Plaintiff's Reply Brief.

DATED this 14th day of May, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

ORDER [C08-5045JKA] -1

Springer, Norman & Workman
910 12th Avenue – PO Box 757
Longview, WA  98632
(360) 423-3810
Fax (360) 423-3812

1  Presented by:

2

3  s/ TEAL M. PARHAM    WSB #21954
   Attorney for Plaintiff
4  910 12th Avenue, P.O. Box 757
   Longview WA  98632
5  Telephone: (360) 423-3810
   FAX:  (360) 423-3812
6  tparham@qwestoffice.net

ORDER  [C08-5045JKA] -2