# United States District Court

WESTERN DISTRICT OF WASHINGTON

LELAND E. COOK

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5045JKA

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the court AFFIRMS the Social Security Administrator's final decision and this matter is DISMISSED in favor of defendant.

| | |
|---|---|
| September 23, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |